# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| TARA DRUFFEL, an unmarried individual adult female,<br><br>                  Plaintiff,<br><br>vs.<br><br>FRED MEYER STORES, INC.,<br><br>                  Defendant. | No. 2:20-cv-00348-SEH<br><br>**ORDER** |

Pending before the Court is Defendant Fred Meyer Stores, Inc.'s (Fred Meyer) Motion to Compel Plaintiff's Counsel to Produce Documents Used in Closing Argument.[1] Fred Meyer has requested the Court order Plaintiff's counsel to file on the docket the two displays shown to the jury on the Elmo projector during the closing argument of the trial in this matter that took place in Coeur d'Alene, Idaho from February 28, 2023, to March 3, 2023.[2]

**ORDERED:**

Plaintiff's counsel shall file the two displays she used during the closing argument of the trial in this case on or before **May 3, 2023**. The filing must include a declaration from Plaintiff's counsel certifying the filing is true and accurate versions of the displays used at trial.

DATED this 27th day of April, 2023.

                                                          SAM E. HADDON<br>
                                                          United States District Judge

---

[1] Doc. 182.
[2] Doc. 182 at 1.